437 A.2d 931

**COMMONWEALTH of Pennsylvania**

v.

**Merle AFRICA, et al., Merle Africa, No. 544 January 1976, Charles Africa, No. 546 January 1976, Jeanine Africa, No. 547 January 1976, Rhonda Africa, No. 549 January 1976, Frank Africa, No. 550 January 1976, Life Africa, No. 551 January 1976, Jane Doe Africa, No. 553 January 1976.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 17, 1981.

Merle Africa, I. P. P., Charles Africa, I. P. P., Jeanine Africa, I. P. P., Rhonda Africa, I. P. P., Frank Africa, I. P. P., Life Africa, I. P. P., Jane Doe Africa, I. P. P., pro se.

Robert B. Lawler, Chief, Appeals Div., Paul Diamond, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

Judgments of sentence affirmed.